

# Fourth Court of Appeals
## San Antonio, Texas

October 2, 2014

No. 04-14-00654-CV

**IN THE INTEREST OF L.A.A., L.B.A., AND K.S.**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02644
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The reporter's record was due on September 26, 2014, but has not been filed. The clerk's record shows that the trial court determined appellant to be indigent and appointed counsel on appeal. We therefore the court reporter responsible for preparing the reporter's record to file the reporter's record on or before **October 13, 2014**. **NO EXTENSIONS WILL BE GRANTED.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of October, 2014.

_____
Keith E. Hottle
Clerk of Court